Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account of HEART LEE MUSER, as Executrix, etc., of FRITZ MUSER, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JOHN PIRUNG & COMPANY and Another, Appellants, v. BROWN & SECCOMB, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JOHN PIRUNG & COMPANY and Another, Appellants, v. BROWN & SECCOMB, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of JAMES VITALE, Respondent, v. CHARLES SCHOENBERG, Appellant.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK KEARNS, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE COALDALE MINING COMPANY OF NEW YORK, Appellant, v. QUEMAHONING COAL COMPANY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.; Clarke, P. J., dissenting.

S. W. BRIDGES & Co., INC., Appellant, v. CHARLES E. BARRY, Sued as CHARLES D. BARRY and Others, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.; Clarke, P. J., and Smith, J., dissenting.

JOHN K. TURTON COMPANY, INC., Respondent, v. MARIE G. CURRIER and Others, Appellants.— Judgment modified by deducting therefrom the amount of the extra item of $168, and as so modified affirmed, with costs to respondent. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith and Finch, JJ.

ESTHER W. LAWTON, Respondent, v. SAMUEL ALBERT, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

In the Matter of the Transfer Tax upon the Estate of JACOB G. SCHMIDLAPP, Deceased.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.; Dowling, J., dissenting.

MELROSE AVENUE REAL ESTATE CORPORATION, Appellant, v. ADOLPH H. MORNER, Respondent.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE EQUITABLE TRUST COMPANY OF NEW YORK, Successor by Merger to COLONIAL TRUST COMPANY, as Trustee, under a Certain Trust Agreement, Dated October 10, 1905, between CARL F. PALFREY and COLONIAL TRUST COMPANY, Respondent, v. EDGAR G. PRATT, as Executor, etc., of CARL F. PALFREY, Deceased, and Another, Appellants, Impleaded with HARVARD COLLEGE and Another, Respondents, and Others, Defendants.— Judgment affirmed on the opinion of Davis, J., at Special Term. [Reported in 117 Misc. Rep. 708.] Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.